## WILLIAM EDWARD SPEARS, ET AL. *v.* EDWIN H. HONDA, ET AL.

### No. 4754.

MARCH 14, 1969.

RICHARDSON, C.J., MARUMOTO AND ABE, JJ., CIRCUIT JUDGE FUKUOKA FOR LEVINSON, J., DISQUALIFIED, AND CIRCUIT JUDGE HAWKINS ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied.

*Bertram T. Kanbara,* Assistant Attorney General, for the petition.